IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

STEVE PASCHALL,

Plaintiff,

v.  Case No. 2:17-cv-02280-MSN-tmp

MEMPHIS LIGHT, GAS, &
WATER DIVISION,

Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed April 24, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment, filed January 11, 2022, (ECF No. 134), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:  *s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

DATE:  January 11, 2022